1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10                               WESTERN DIVISION

11  MICHAEL ANGELO SERRATO,        )
                                   )
12                 Petitioner,     )    No. CV 09-1901 ABC (AJW)
                                   )
13            v.                   )
                                   )    ORDER ADOPTING REPORT AND
14  LEROY BACA, et al.,            )    RECOMMENDATION OF
                                   )    MAGISTRATE JUDGE
15                 Respondents.    )
    _____)

16

17       The Court has reviewed the entire record in this action, the

18  Report and Recommendation of Magistrate Judge ("Report), and

19  petitioner's objections.   The Court concurs with and adopts the

20  findings of fact, conclusions of law, and recommendations contained in

21  the Report after having made a <u>de</u> <u>novo</u> determination of the portions

22  to which objections were directed.

23       DATED:  May 7, 2009

24                                        _Audrey B. Collins_

25                                    _____

26                                        Audrey B. Collins
                                          United States District Judge

27

28