UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

**MICHAEL ANGELO SERRATO,**

        Petitioner,    No. CV 09-1901-ABC(AJW)

    vs.                JUDGMENT

**SHERIFF LEROY BACA, et al.,**

        Respondents.

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: May 7, 2009

_____
Audrey B. Collins
United States District Judge